**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jackie McGEORGE, Defendant–**
**Appellant.**

No. 01–7272.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 29, 2001.

Jackie McGeorge, pro se.

Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, VA, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jackie McGeorge appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. McGeorge*, Nos. CR–97–51; CA–00–788–7 (W.D.Va. June 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*